In the Matter of the Application of ADOLPH E. STOECKER and WILLIAM F. BENDER, Copartners Doing Business under the Firm Name and Style of STOECKER & BENDER, Petitioners, for a Certiorari Order against THE NEW YORK STATE ALCOHOLIC BEVERAGE CONTROL BOARD and Another, Defendants.— Determination unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MARY V. HARRIS, Respondent, v. KENNETH MARSH and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ROTELLA, Appellant.— Judgment of conviction unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LORRAINE I. MIDDAGH, Respondent, v. FRANK BURGER, JR., Appellant.— Order of filiation unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

LAURA C. RIVERS, Appellant, v. WILLIAM J. RIVERS, Respondent.— Order reversed, on the law and facts, with ten dollars costs and disbursements. Motion to reduce alimony denied. The defendant is directed to continue the ten dollars weekly payments. Any uncertainty as to the amount of defendant's income arises through his opposition to the application for a reference thereon. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Application of RYE COUNTRY DAY SCHOOL for an Order of Certiorari against THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

PAOLO SALAMIDA, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway of the Railroad Crossing at Grade of the Railroad Operated by LEHIGH VALLEY RAILROAD COMPANY, and WAVERLY-LOCKWOOD COUNTY HIGHWAY, No. 1078, Known as Cayuta Creek Road Crossing, Located about Two Miles North of Waverly Station in the Town of Barton, Tioga County. (Case No. 5990.) LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.